UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ACTOS END-PAYOR ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 1:13-cv-09244-RA-RLE |

### NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff New England Electrical Workers Benefit Fund.

Dated:  May 20, 2014       Respectfully submitted,

                */s/  Sharon K. Robertson*
                Sharon K. Robertson (Attorney Bar Code: SR3126)
                COHEN MILSTEIN SELLERS & TOLL PLLC
                88 Pine Street, 14th Floor
                New York, NY, 10005
                Telephone:  (212) 838-7797
                Facsimile:  (212) 838-7745
                Email: srobertson@cohenmilstein.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2014, I caused the foregoing to be electronically filed with the Clerk of the Court by using the Case Management/Electronic Case Filing (CM/ECF) system, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter.


Dated: May 20, 2014         /s/ *Sharon K. Robertson*
                            Sharon K. Robertson