USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-20-14

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:13-cv-09244-RA |
| *Crosby Tugs, LLC v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:13-cv-09250-RA [rel. 1:13-cv-09244] |
| *Fraternal Order of Police Fort Lauderdale Lodge 31 Insurance Trust Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-00116-RA [rel. 1:13-cv-09244] |
| *International Union of Operating Engineers Local 132 Health and Welfare Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-00644-RA [rel. 1:13-cv-09244] |
| *A. F. of L. – A.G.C. Building Trades Welfare Plan v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-01493-RA [rel. 1:13-cv-09244] |
| *Painters District Council No. 30 Health and Welfare Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-02532-RA [rel. 1:13-cv-09244] |
| *NECA-IBEW Welfare Trust Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-01661-RA [rel. 1:13-cv-09244] |
| *City of Providence, Rhode Island v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-02617-RA [rel. 1:13-cv-09244] |
| *Minnesota and North Dakota Bricklayers and Allied Craftworkers Health Fund and Greater Metropolitan Hotel Employers-Employees Health and Welfare Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-01691-RA [rel. 1:13-cv-09244] |
| *Local 17 Hospitality Benefit Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-01788-RA [rel. 1:13-cv-09244] |
| *New England Electrical Workers Benefit Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-02424-UA (S.D.N.Y.) referred as possibly related |

| | |
|---|---|
| *Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No. 1:14-cv-02378-RA [rel. 1:13-cv-09244] |
| *Dennis Kreish v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No.: 1:14-cv-02137-RA [rel. 1:13-cv-09244] |
| *Man-U Service Contract Trust Fund and Teamsters Union Local 115 Health & Welfare Fund v. Takeda Pharmaceutical Co. Ltd., et al.* | Civil Action No.: 1:14-cv-02846-UA S.D.N.Y. |

## STIPULATION REGARDING CONSOLIDATED AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE

WHEREAS, the plaintiffs in the above-captioned actions ("Plaintiffs") and defendants Takeda America Holdings, Inc., Takeda Pharmaceuticals, U.S.A., Inc., Takeda Development Center Americas, Inc., Actavis PLC f/k/a Actavis, Inc., Watson Laboratories, Ltd., Mylan, Inc., Mylan Pharmaceuticals Inc., Ranbaxy, Inc., Ranbaxy Pharmaceuticals, Inc., Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Limited (the "Stipulating Defendants") desire to enter into this stipulation;

WHEREAS, the plaintiffs in Case No. 13-cv-9244 (United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund), Case No. 13-cv-9250 (Crosby Tugs, LLC), Case No. 14-cv-116 (Fraternal Order of Police Fort Lauderdale Lodge 31 Insurance Trust Fund), and Case No. 14-cv-644 (International Union of Operating Engineers Local 132 Health and Welfare Fund) filed a consolidated complaint on February 25, 2014 [Case No. 13-cv-9244, Dkt. No. 21] ("Initial Consolidated Complaint");

WHEREAS, pursuant to a Stipulation so ordered by the Court on or about February 12, 2014 [Case No. 13-cv-9244, Dkt. No. 13], the parties agreed that certain defendants' response to the Initial Consolidated Complaint would be due on or before April 28, 2014;

WHEREAS, since the Initial Consolidated Complaint was filed additional plaintiffs named in the above-captioned cases have filed their complaints;

WHEREAS, all of the above-captioned actions have been either (i) deemed related and assigned to Judge Abrams and referred to Magistrate Judge Ellis for general pretrial matters, or (ii) referred to Judge Abrams for a determination of relatedness;

WHEREAS, Plaintiffs wish to consolidate their actions (including the actions filed since the Initial Consolidated Complaint) and file a single consolidated amended complaint (the "Consolidated Amended Complaint"); and

1

WHEREAS, for purposes of efficiency and to avoid unnecessary multiple filings, the parties desire that the Stipulating Defendants answer, move, or otherwise respond to the Consolidated Amended Complaint on the same schedule,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. The Consolidated Amended Complaint shall be filed and served no later than May 20, 2014;

2. The Stipulating Defendants shall answer, move, or otherwise respond to the Consolidated Amended Complaint on or before July 3, 2014 (or 44-45 days after the Consolidated Amended Complaint is filed if it is filed after May 20, 2014);

3. If the Stipulating Defendants move to dismiss the Consolidated Amended Complaint, Plaintiffs shall have 42 days from service of such motion to file any opposition, and the Stipulating Defendants shall have 25 days from service of such opposition to file any reply;

4. The parties acknowledge that this case involves multiple plaintiffs and defendants and intricate issues of fact and law. Accordingly, the End-Payor Plaintiffs intend to file a Motion to Consolidate the End Payor Class Actions, Appoint Interim Co-Lead Counsel and Enter Case Management Order ("End Payor Plaintiffs' Motion"). The parties further acknowledge that the deadlines set forth herein may need to be vacated and reset if other "related" or substantially similar actions are filed in this Court and are not consolidated with the current cases or made subject to the schedule set forth in this stipulation. Also, if this Court has not ruled on the End-Payor Plaintiffs' Motion by May 13, 2014, parties agree to meet and confer in good faith to agree to new proposed deadlines if necessary. In addition, if a motion for transfer or centralization is filed with the Judicial Panel on Multidistrict Litigation, the parties agree to meet and confer in good faith to determine if any of the deadlines set forth herein need to be vacated or reset; and

2

5. Except as to insufficiency of service of process in these actions, no defense of the Stipulating Defendants, including lack of personal jurisdiction, is prejudiced or waived by entry into this stipulation.

Dated: April 25, 2014

/s/ Jessica L. Margolis

Jessica L. Margolis
**Wilson Sonsini Goodrich & Rosati**
**Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 999-5800
(212) 999-5899 (fax)

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

Jeffrey I. Weinberger
Adam R. Lawton
**Munger, Tolles & Olson LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)

*Counsel for Defendants Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.*

Jay P. Lefkowitz, P.C.
Joseph Serino, Jr., P.C.
John C. O'Quinn (*pro hac vice* application forthcoming)
Ross L. Weiner
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
(212) 446-6460 (fax)

*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*

Thane D. Scott
Stacey Anne Mahoney
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7273
(212) 508-1450 (fax)

*Counsel for Defendants Ranbaxy Inc. and Ranbaxy Pharmaceuticals Inc.*

Steven C. Sunshine
Karen Hoffman Lent
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY 10036
(212) 735-3000
(917) 777-3000 (fax)

*Counsel for Defendants Actavis plc and Watson Laboratories, Inc.*

4

Dated: April 25, 2014

---

Jessica L. Margolis
**Wilson Sonsini Goodrich & Rosati**
**Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 999-5800
(212) 999-5899 (fax)

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

---

Jay P. Lefkowitz, P.C.
Joseph Serino, Jr., P.C.
John C. O'Quinn (*pro hac vice* application forthcoming)
Ross L. Weiner
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
(212) 446-6460 (fax)

*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*

---

Jeffrey I. Weinberger
Adam R. Lawton
**Munger, Tolles & Olson LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)

*Counsel for Defendants Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.*

---

Thane D. Scott
Stacey Anne Mahoney
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7273
(212) 508-1450 (fax)

*Counsel for Defendants Ranbaxy Inc. and Ranbaxy Pharmaceuticals Inc.*

---

Steven C. Sunshine
Karen Hoffman Lent
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY 10036
(212) 735-3000
(917) 777-3000 (fax)

*Counsel for Defendants Actavis plc and Watson Laboratories, Inc.*

4

Dated: April 25, 2014

_____
Jessica L. Margolis
**Wilson Sonsini Goodrich & Rosati**
**Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 999-5800
(212) 999-5899 (fax)

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

_____
Jeffrey I. Weinberger
Adam R. Lawton
**Munger, Tolles & Olson LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)

*Counsel for Defendants Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.*

_____
Jay P. Lefkowitz, P.C.
Joseph Serino, Jr., P.C.
John C. O'Quinn (*pro hac vice* application forthcoming)
Ross L. Weiner
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
(212) 446-6460 (fax)

*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*

_____
Thane D. Scott
Stacey Anne Mahoney
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7273
(212) 508-1450 (fax)

*Counsel for Defendants Ranbaxy Inc. and Ranbaxy Pharmaceuticals Inc.*

_____
Steven C. Sunshine
Karen Hoffman Lent
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY 10036
(212) 735-3000
(917) 777-3000 (fax)

*Counsel for Defendants Actavis plc and Watson Laboratories, Inc.*

4

Case 1:13-cv-09244-RA-SDA Document 49-1 Filed 05/20/14 Page 9 of 11
Case 1:13-cv-09244-RA-RLE Document 47 Filed 05/20/14 Page 9 of 11

Dated: April 25, 2014

_____
Jessica L. Margolis
**Wilson Sonsini Goodrich & Rosati Professional Corporation**
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
(212) 999-5800
(212) 999-5899 (fax)

*Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc.*

_____
Jay P. Lefkowitz, P.C.
Joseph Serino, Jr., P.C.
John C. O'Quinn (*pro hac vice* application forthcoming)
Ross L. Weiner
**Kirkland & Ellis LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
(212) 446-6460 (fax)

*Counsel for Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Limited*

_____
Jeffrey I. Weinberger
Adam R. Lawton
**Munger, Tolles & Olson LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9100
(213) 687-3702 (fax)

*Counsel for Defendants Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.*

_____
Thane D. Scott
Stacey Anne Mahoney
**Bingham McCutchen LLP**
399 Park Avenue
New York, NY 10022
(212) 705-7273
(212) 508-1450 (fax)

*Counsel for Defendants Ranbaxy Inc. and Ranbaxy Pharmaceuticals Inc.*

_____
Steven C. Sunshine
Karen Hoffman Lent
**Skadden, Arps, Slate, Meagher & Flom LLP**
Four Times Square
New York, NY 10036
(212) 735-3000
(917) 777-3000 (fax)

*Counsel for Defendants Actavis plc and Watson Laboratories, Inc.*

4

*Karen Leser-Grenon* (signature)

Karen Leser-Grenon
**SHEPERD, FINKELMAN, MILLER & SHAH, LLP**
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
kleser@sfmslaw.com

*Proposed Liason Counsel for Plaintiffs*

Jayne A. Goldstein
**POMERANTZ LLP**
1792 Bell Tower Lane, Suite 203
Weston, FL 33326
Telephone: (954) 315-3454
jagoldstein@pomlaw.com

*Counsel for Plaintiff Fraternal Order of Police Fort Lauderdale Lodge 31 Insurance Trust Fund*

Michael M. Buchman
**MOTLEY RICE LLC**
600 Third Avenue, 21st Floor
New York, New York 10016
Telephone: (212) 577-0040
Facsimile: (212) 577-0054
MBuchman@motleyrice.com

*Counsel for Plaintiff A. F. of L. – A.G.C. Building Trades Welfare Plan and City of Providence, Rhode Island*

Steve D. Shadowen
**HILLIARD & SHADOWEN LLP**
39 W. Main Street
Mechanicsburg, PA 17055
Telephone: (855) 344-3298
Facsimile: (512) 233-2824
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

*Counsel for Plaintiff United Food and Commercial Workers Local 1776 & Participating Employers Health and Welfare Fund and Crosby Tuggs, LLC*

Kenneth A. Wexler
**WEXLER WALLACE LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wexlerwallace.com
kae@wexlerwallace.com

*Counsel for Plaintiff Crosby Tugs, LLC*

5

IT IS SO ORDERED.

Dated: ~~April~~ May 20, 2014, ~~2014~~

*(signature)*

Hon. Ronald L. Ellis