# EXHIBIT A

Case 1:13-cv-09244-RA-RLE Document 117 Filed 10/03/14 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-3-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS END-PAYOR ANTITRUST LITIGATION

ORDER
13-CV-09244 (RA) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Plaintiffs filed a Consolidated Amended Class Action Complaint ("CAC") on May 20, 2014. (Doc. 50) Since the filing of this CAC, the Parties have, at times, corresponded with the Court via email, at times, corresponded with the Court via postal mail and, at other times, corresponded with the Court via the Electronic Case Files ("ECF") system.

On July 8, Defendants informed the Court that they intended to file a Motion to Dismiss. Defendants requested two things: (1) that the Court, when deciding the Motion to Dismiss, consider patent litigation settlement agreements upon which some of Plaintiffs' allegations were founded, and (2) that the Court allow Defendants to file said settlement agreements under seal. Defendants argued that these agreements should not be publicly available because of the confidential business information they contained.

Defendants filed their Motion to Dismiss on July 11. (Doc. 94) On July 25, Plaintiffs asked permission to file an amended CAC in order to respond to issues raised in Defendants' Motion to Dismiss and that request was granted by District Judge Abrams on July 30. (Doc. 112) Plaintiffs filed an amended CAC on August 22. (Doc. 113) That same day, in response to the concerns about confidentiality that Defendants had voiced on July 8, Plaintiffs asked permission to file a redacted version of the CAC which would replace the August 22 filing. This amendment was requested more than 21 days after service of the July 25 CAC. Rule 15(a)(2) of

the Federal Rules of Civil Procedure states that a party may amend its pleading more than 21 days after service only with the opposing party's written consent or the Court's leave. Plaintiffs sent a physical copy of the redacted CAC to the Court on September 10 without leave of the Court. This redacted CAC was not filed. Plaintiffs thereupon provided the Court with Defendants' written consent to file the redacted CAC on September 18, 2014, thus meeting the requirements of Rule 15(a)(2).

**IT IS HEREBY ORDERED** that the Plaintiffs refile their redacted CAC with the Court.

**IT IS HEREBY ORDERED** that all parties correspond with the Court through the ECF system.

**SO ORDERED this 3rd day of October 2014.**
**New York, New York**

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge

2