UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re Actos End Payor Antitrust Litigation | 1:13-cv-09244 (RA) (SDA) |
| In Re Actos Direct Purchaser Antitrust Litigation | 1:15-cv-03278 (RA) (SDA) |

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a status conference with the parties, and for the reasons stated on the record, it is hereby Ordered as follows:

1. No later than Tuesday, December 24, 2019, Plaintiffs shall file their additional briefing regarding the deadline by which Defendants must inform Plaintiffs as to whether Defendants intend to assert an advice of counsel defense. Defendants shall file their response no later than January 3, 2020, and Plaintiffs shall file any reply no later than January 10, 2020.

2. No later than January 15, 2020, the parties shall meet and confer and file a joint letter regarding a proposed schedule for class certification discovery and expert discovery.

3. The parties shall appear for a status conference on Tuesday, February 25, 2020, at 2:00 p.m in Courtroom 11C. No later than February 21, 2020, the parties shall submit a joint letter regarding any issues to be raised during the conference.

4. The deadline for the completion of fact discovery is January 29, 2021. Extensions shall be granted for good cause shown.

**SO ORDERED.**

DATED:   New York, New York
         December 11, 2019

_____
STEWART D. AARON
United States Magistrate Judge