## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ACTOS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master File No. 1:13-CV-09244 (RA) (SDA) |

### APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

Please enter my appearance in the above-captioned matter as counsel for Defendants Takeda Pharmaceutical Company Limited, Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.

I certify that I am admitted to practice in this Court.


Dated:  January 30, 2020                                Respectfully submitted,

/s/ David K. Lukmire
David K. Lukmire
**CONRAD O'BRIEN PC**
1500 Market Street
West Tower, Suite 3900
Philadelphia, PA 19102
Phone: 215-864-9600
dlukmire@conradobrien.com

*Counsel for Defendants Takeda Pharmaceutical Company Limited, Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.*