```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master File No. 1:13-cv-09244 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following the Second Circuit's decision on Takeda's interlocutory appeal (*see* USCA Opinion, ECF No. 334), the parties are directed to appear for a telephone conference on Friday, September 24, 2021, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

At least one week prior to the conference, the parties shall file a joint letter regarding proposed next steps and a proposed schedule.

**SO ORDERED.**

DATED:   New York, New York
         August 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge