USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master File No. 1:13-cv-09244 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, on Thursday, November 18, 2021, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

DATED:    New York, New York
          October 18, 2021

_____
STEWART D. AARON
United States Magistrate Judge