```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2021
```

November 18, 2021

**Via ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

ENDORSEMENT: Application GRANTED. The parties shall file another status report on January 7, 2022. SO ORDERED.

Dated: November 19, 2021

Re:   *In re ACTOS Antitrust Litig.* **(1:13-cv-09244-RA-SDA)**

Dear Magistrate Judge Aaron:

We write on behalf of all parties to the above-captioned litigation in accordance with the Court's October 18, 2021 Order directing the parties to file a joint letter regarding the status of discovery.

Pursuant to the Court's Scheduling Orders, (ECF Nos. 338, 341), the parties have reached agreement as to the proposed custodians and search terms for identifying documents in response to already-served requests for production. The next scheduled event is for the parties to substantially complete document production by March 18, 2022. (ECF No. 341.) Towards that end, the parties anticipate continuing their rolling document productions in the coming weeks.

Unless the Court desires otherwise, the parties propose that we submit a further report on the status of discovery by January 7, 2022. We appreciate Your Honor's attention to this matter.

Sincerely,

*/s/ Steve D. Shadowen*

Steve D. Shadowen
*Counsel for the Proposed End-Payor Class*

*/s/ Thomas M. Sobol*

Thomas M. Sobol
*Counsel for the Proposed Direct Purchaser Class*

*/s/ R. Brendan Fee*

R. Brendan Fee
*Counsel for Defendants*

cc: Counsel of record (via ECF)