UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ACTOS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DPP action | Master File No. 1:13-cv-09244-RA-SDA |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I, Natasha J. Fernandez-Silber, of the Radice Law Firm PC, hereby enter my appearance as counsel of record for plaintiffs Meijer, Inc. and Meijer Distribution, Inc. and the proposed direct purchaser class plaintiffs in the above captioned cases.

I certify that I am admitted to practice in this Court.

Dated: March 28, 2022

Respectfully submitted,

Natasha J. Fernandez-Silber (#5242193)
Radice Law Firm PC
475 Wall St.
Princeton, NJ 08540
Tel: (908) 217-7399
nsilber@radicelawfirm.com

*Counsel for Meijer, Inc. and Meijer Distribution, Inc., and the proposed direct purchaser class*

1