April 15, 2022

**Via ECF**
The Honorable Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2022

Application GRANTED. The proposed two-week schedule extension is approved. The parties shall file another joint status report on June 3, 2022. SO ORDERED.
Dated: April 15, 2022

Re:   *In re ACTOS Antitrust Litig.* **(1:13-cv-09244-RA-SDA)**

Dear Magistrate Judge Aaron:

  We write on behalf of all parties to the above-captioned litigation in accordance with the Court's February 28, 2022 Order directing the parties to file a joint letter regarding the status of discovery, (ECF No. 358).

  Since our last status letter, Plaintiffs filed a motion to compel which Your Honor granted in part and denied in part, (ECF No. 367). The Court directed the parties to reach agreement on a privilege log protocol or file their competing proposed protocols. The parties have not reached agreement and plan to submit their respective proposals, along with one-page cover letters, at 5pm this evening. In light of this dispute and due to the uncertainty concerning the protocol for privilege logs, Defendants request the Court enter the attached two-week schedule extension to allow for the preparation of logs once a protocol is entered; Plaintiffs do not oppose this request.

  Also since our last status letter, the parties each believe they have substantially completed document production. The parties continue to have discussions regarding the sufficiency of Defendants' document production and their response to Plaintiffs' interrogatories. And additional third-party documents have been produced pursuant to Federal Rule of Civil Procedure 45.

  Unless the Court desires otherwise, the parties propose to submit a further report on the status of discovery by June 3, 2022. We appreciate Your Honor's attention to this matter.

              Sincerely,

*/s/ Steve D. Shadowen*                                              */s/ R. Brendan Fee*

Steve D. Shadowen                                                     R. Brendan Fee
*Counsel for the Proposed End-Payor Class*      *Counsel for Defendants*

*/s/ Thomas M. Sobol*

Thomas M. Sobol
*Counsel for the Proposed Direct Purchaser Class*

cc: Counsel of record (via ECF)

# EXHIBIT 1

*In re Actos Antitrust Litigation*, Nos. 13-9244, 15-3278 (S.D.N.Y.)

| Current Dates | Proposed Dates | Event |
|---|---|---|
| April 22, 2022 | April 22, 2022 | Deadline for Defendants to elect as to an advice of counsel defense. |
| April 22, 2022 | May 6, 2022 | Deadline for Defendants' privilege logs for documents unrelated to advice of counsel defense and to identify persons whose documents were withheld and not logged because might be produced if privilege waived. |
| May 6, 2022 | May 20, 2022 | Deadline for producing documents related to such election. Deadline for revised privilege logs. |
| August 4, 2022 | August 18, 2022 | Deadline for any party to seek leave of court to amend pleadings or to add parties, claims or defenses. |
| November 3, 2022 | November 17, 2022 | Close of Fact Discovery. |
| December 2, 2022 | December 16, 2022 | Plaintiffs to serve motions for class certification and expert reports (class only). |
| January 12, 2023 | January 26, 2023 | Defendants' opposition(s) to Plaintiffs' motion for class certification, corresponding expert reports. Defendants file any *Daubert* motions as to plaintiffs' class experts. |
| February 9, 2023 | February 23, 2023 | Plaintiffs to serve reply briefs in support of class certification and corresponding expert rebuttal reports, limited to responding to arguments raised in Defendants' opposition and corresponding expert reports. Plaintiffs to serve *Daubert* motions as to defendants' class experts. Plaintiffs to serve oppositions to the defendants' *Daubert* motions as to plaintiffs' class experts. |
| February 23, 2023 | March 9, 2023 | Defendants serve any replies on *Daubert* motions to plaintiffs' class experts. |
| March 9, 2023 | March 23, 2023 | Defendants serve any opposition to plaintiffs' *Daubert* motions as to defendants' class experts. |
| March 16, 2023 | March 30, 2023 | Parties to serve merits expert reports on any issues on which they have the burden of proof. |
| March 23, 2023 | April 6, 2023 | Plaintiffs to serve any replies on plaintiffs' *Daubert* motions as to defendants' class experts. |
| May 4, 2023 | May 18, 2023 | Parties to serve responsive expert reports. |
| June 1, 2023 | June 15, 2023 | Parties to serve rebuttal merits expert reports. Rebuttal merits expert reports must be limited to responding to arguments raised in responsive expert reports. |
| July 14, 2023 | July 28, 2023 | Deadline to complete expert discovery. |