# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ACTOS END-PAYOR ANTITRUST LITIGATION | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| THIS DOCUMENT RELATES TO:<br><br>All ACTIONS | Master File No.: 1:13-cv-09244-RA-RLE |

**MINNESOTA AND NORTH DAKOTA BRICKLAYERS AND ALLIED CRAFTWORKERS HEALTH FUND'S STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), Plaintiff Minnesota and North Dakota Bricklayers and Allied Craftworkers Health Fund ("Bricklayers") and Defendants Takeda Pharmaceutical Co. Ltd., Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc. (collectively, "Takeda"), by and through their undersigned counsel, hereby jointly stipulate and agree that Bricklayer's claims shall be dismissed without prejudice. In exchange for Takeda's agreement to this voluntary dismissal without prejudice, Bricklayer stipulates that it will not seek to rejoin this action as a named plaintiff.

Dated: July 1, 2022

Respectfully submitted,

Michael M. Buchman
Michelle C. Clerkin
Jacob O. Onile-Ere
**MOTLEY RICE LLC**
777 Third Avenue, 27th Floor
New York, NY 10017
Telephone: (212) 577-0050
mbuchman@motleyrice.com
mclerkin@motleyrice.com
jonileere@motleyrice.com

Steve D. Shadowen
Matthew C. Weiner
**HILLIARD & SHADOWEN LLP**
1135 W. 6th Street, Suite 125
Austin, TX 78704
Telephone: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com

Jayne A. Goldstein
**MILLER SHAH LLP**
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL, USA 33326
Telephone: (954)515-0123

Respectfully submitted,

R. Brendan Fee (pro hac vice)
brendan.fee@morganlewis.com
Steven A. Reed (pro hac vice)
steven.reed@morganlewis.com
Melina R. DiMattio (pro hac vice)
melina.dimattio@morganlewis.com
D. Patrick Huyett (pro hac vice)
patrick.huyett@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market St.
Philadelphia, PA 19103
(215) 963-5000

*Attorneys for Defendants Takeda Pharmaceutical Company Limited, Takeda America Holdings, Inc., Takeda Pharmaceuticals US.A., Inc., and Takeda Development Center Americas, Inc*

jagoldstein@millershah.com

Kenneth A. Wexler
Justin N. Boley
Kara A. Elgersma
**WEXLER, BOLEY** & **ELGERSMA LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
jnb@wbe-llp.com
kaw@wbe-llp.com
kae@wbe-llp.com

*Interim Co-Lead Counsel*

Laurie Rubinow
**MILLER SHAH LLP**
875 Third Avenue., Suite 800
New York, NY 10022
Telephone: (212) 419-0156
lrubinow@millershah.com
Natalie Finkelman Bennett
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA, 19103
Telephone: (866) 540-5505
nfinkelman@millershah.com

*Interim Liaison Counsel*


Application granted.

SO ORDERED.


_____

Hon. Ronnie Abrams

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Dated: July 1, 2022

Michael M. Buchman