UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION        Master File No. 1:13-cv-09244-RA-SDA

THIS DOCUMENT RELATES TO:

ALL ACTIONS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

I have cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for:

Marvin A. Miller

__X__ I am an Attorney

____ A Government Agency Attorney

____ A Pro Hac Vice attorney

FIRM INFORMATION

FIRM OLD ADDRESS:    Miller Law LLC
115 S. LaSalle Street, Suite 2900
Chicago, IL  60603
Tel: (312) 332-3400

FIRM NEW ADDRESS:    Miller Law LLC
145 S. Wells Street, 18th Floor
Chicago, IL  60606
Tel: (312) 332-3400

I will continue to be counsel of record on the above-entitled case.

Dated:  July 13, 2022            /s/ *Marvin A. Miller*