UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:
THE COORDINATED ACTIONS

Master File No. 1:13-cv-09244-RA-SDA

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Notice is hereby given that, subject to approval by the court, Defendants Takeda Pharmaceutical Company Limited, Takeda Americas Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc. substitute Rachel J. Rodriguez, State Bar No. 5009386, and the law firm Elliott Kwok Levine & Jaroslaw LLP, as counsel of record in place of David Kirkpatrick Lukmire and the law firm of Conrad O'Brien PC. Contact information for new counsel is as follows:

> Elliott Kwok Levine & Jaroslaw LLP
> 565 Fifth Avenue, 7th Floor, New York, NY 10017
> (212) 321-0510
> rrodriguez@ekljlaw.com

I consent to the above substitution.

Date: August 12, 2022

/s/ *Melanie Nevin*

Takeda Pharmaceutical Company Limited, Takeda Americas Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.

I consent to being substituted.

Date: August 15, 2022

*/s/ David Kirkpatrick Lukmire*

David Kirkpatrick Lukmire
CONRAD O'BRIEN PC

2

I consent to the above substitution.

Date:   August 16, 2022              /s/ Rachel J. Rodriguez

                                     Rachel J. Rodriguez
                                     ELLIOTT KWOK LEVINE &
                                     JAROSLAW LLP


The substitution of attorney is hereby approved and SO ORDERED.

Date:

                                     Hon. Ronnie Abrams
                                     United States District Judge