UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ACTOS END-PAYOR ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. 1:13-cv-09244-RA-RLE |

### ORDER GRANTING MOTION TO WITHDRAW COUNSEL

This Court, having considered End-Payor Plaintiffs' Motion to Withdraw as Counsel, and good cause appearing, HEREBY ORDERS:

1. End-Payor Plaintiffs' Motion to Withdraw Jacob O. Onile-Ere as Counsel is GRANTED.

2. Attorney Jacob O. Onile-Ere, Esq., is hereby withdrawn as End-Payor Plaintiffs' counsel of record in the above-mentioned caption case. End-Payor Plaintiffs shall continue to be represented by attorneys from Motley Rice LLC.

3. The Clerk of the Court is directed to remove Jacob O. Onile-Ere from the service list in this matter and shall no longer send him any notices of filing in this matter.

IT IS SO ORDERED.

Dated:  October 13 , 2022

_____
Hon. Stewart D. Aaron
United States Magistrate Judge