### UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ACTOS ANTITRUST LITIGATION | |
| THIS DOCUMENT RELATES TO: | Master File No. 1:13-cv-9244-RA-SDA |
| ALL ACTIONS | |

### NOTICE OF WITHDRAWAL OF OBJECTION TO
### THE OCTOBER 21, 2022 ORDER PURSUANT TO FED. R. CIV. P. 72(a)

PLEASE TAKE NOTICE that Defendants Takeda Pharmaceutical Company Limited, Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc., by and through counsel, hereby withdraw their Objection to the October 21, 2022 Order Pursuant to Fed. R. Civ. P. 72(a), *see* ECF No. 446, in light of the Magistrate Judge's Amended Opinion and Order, *see* ECF No. 447.

Dated:  November 18, 2022

Respectfully submitted,

*/s/ R. Brendan Fee*
Steven A. Reed (admitted *pro hac vice*)
R. Brendan Fee (admitted *pro hac vice*)
Melina R. DiMattio (admitted *pro hac vice*)
D. Patrick Huyett (admitted *pro hac vice*)
Mark J. Fanelli (admitted *pro hac vice*)

MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
steven.reed@morganlewis.com
brendan.fee@morganlewis.com
melina.dimattio@morganlewis.com
patrick.huyett@morganlewis.com
mark.fanelli@morganlewis.com

*Attorneys for Defendants Takeda Pharmaceutical Company Limited, Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.*