December 7, 2022

**Via ECF**
The Honorable Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:     *In re ACTOS Antitrust Litig.* **(1:13-cv-09244-RA-SDA)**

Dear Magistrate Judge Aaron:

We write on behalf of all parties to the above-captioned litigation.  On October 21, 2022, the Court directed the parties to file a joint letter regarding the status of discovery by this Friday, December 9. (ECF No. 445.)

The parties are engaged in active discussions concerning document discovery and believe that they could submit a more complete and helpful status report next Friday after these discussions have progressed further.

Accordingly, the parties respectfully request that the Court extend the deadline to file the joint status report by one week to December 16, 2022.

We appreciate the Court's continued attention to this matter.

Sincerely,

*/s/ Steve D. Shadowen*                                        */s/ R. Brendan Fee*

Steve D. Shadowen                                             R. Brendan Fee
*Counsel for the Proposed End-Payor Class*        *Counsel for Defendants*

*/s/ Thomas M. Sobol*

Thomas M. Sobol
*Counsel for the Proposed Direct Purchaser Class*

cc: Counsel of record (via ECF)