December 7, 2022

**Via ECF**
The Honorable Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:* _____
*DATE FILED:* 12/07/2022

Application GRANTED. SO ORDERED.
Dated: December 7, 2022

*/s/ Stewart D. Aaron*

Re:   *In re ACTOS Antitrust Litig.* **(1:13-cv-09244-RA-SDA)**

Dear Magistrate Judge Aaron:

We write on behalf of all parties to the above-captioned litigation. On October 21, 2022, the Court directed the parties to file a joint letter regarding the status of discovery by this Friday, December 9. (ECF No. 445.)

The parties are engaged in active discussions concerning document discovery and believe that they could submit a more complete and helpful status report next Friday after these discussions have progressed further.

Accordingly, the parties respectfully request that the Court extend the deadline to file the joint status report by one week to December 16, 2022.

We appreciate the Court's continued attention to this matter.

Sincerely,

/s/ Steve D. Shadowen

Steve D. Shadowen
*Counsel for the Proposed End-Payor Class*

/s/ Thomas M. Sobol

Thomas M. Sobol
*Counsel for the Proposed Direct Purchaser Class*

/s/ R. Brendan Fee

R. Brendan Fee
*Counsel for Defendants*

cc: Counsel of record (via ECF)