January 4, 2023

**Via ECF**

The Honorable Stewart D. Aaron
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: *In re ACTOS Antitrust Litig.* **(1:13-cv-09244-RA-SDA)**

Dear Magistrate Judge Aaron:

  We write on behalf of all parties to the above-captioned litigation to respectfully request that the Court entered the attached [Proposed] Stipulated Amended Case Schedule.

  As the parties indicated in their December 16 Status Letter, (ECF No. 453), there remain thousands of documents to be produced in this action, which has made it infeasible to complete depositions and fact discovery by the operative February 17, 2023 deadline.

  Accordingly, the parties have stipulated to the attached amended case schedule, which creates new deadlines for the completion of document production. This schedule also extends the fact discovery deadline by approximately ten weeks and adjusts subsequent deadlines for expert discovery and class certification briefing.

  The parties thus respectfully request that the Court "So Order" the attached [Proposed] Stipulated Amended Case Schedule.

  We appreciate the Court's continued attention to this matter.

              Sincerely,

| | |
|---|---|
| */s/ Steve D. Shadowen* | */s/ R. Brendan Fee* |
| Steve D. Shadowen | R. Brendan Fee |
| *Counsel for the Proposed End-Payor Class* | *Counsel for Defendants* |
| */s/ Thomas M. Sobol* | |
| Thomas M. Sobol | |
| *Counsel for the Proposed Direct Purchaser Class* | |

cc: Counsel of record (via ECF)

## [Proposed] Stipulated Amended Case Schedule

| Current Date | Proposed Date | Event |
|---|---|---|
| - | January 13, 2023 | Completion of document productions for known documents requested to date, except Conlin/Carr documents and Hogan Lovells hard-copy documents. |
| - | February 14, 2023 | Completion of document production for known Conlin/Carr documents and Hogan Lovells hard-copy documents requested to date. |
| February 17, 2023 | May 5, 2023 | Close of Fact Discovery. |
| June 29, 2023 | June 29, 2023 (same) | Parties to serve merits expert reports on any issues on which they have the burden of proof. |
| August 17, 2023 | August 17, 2023 (same) | Parties to serve responsive expert reports. |
| September 19, 2023 | September 19, 2023 (same) | Parties to serve rebuttal merits expert reports. Rebuttal merits expert reports must be limited to responding to arguments raised in responsive expert reports. |
| March 16 2023 | October 10, 2023 | Plaintiffs to serve motions for class certification and expert reports (class only). |
| October 30, 2023 | November 10, 2023 | Deadline to complete merits expert discovery; deadline for Plaintiffs to produce their class experts for deposition. |
| April 26, 2023 | November 20, 2023 | Defendants' opposition(s) to Plaintiffs' motion for class certification, corresponding expert reports. |
| - | December 15, 2023 | Deadline for Defendants to produce their class experts for deposition. |
| May 23, 2023 | December 20, 2023 | Plaintiffs to serve reply briefs in support of class certification and corresponding expert rebuttal reports, limited to responding to arguments raised in Defendants' opposition and corresponding expert reports. |
|  | January 5, 2024 | Parties to serve *Daubert* motions as to class experts. |
| - | February 5, 2024 | Parties to serve oppositions to *Daubert* motions as to class experts. |
| June 9, 2023 | February 20, 2024 | Parties serve any replies on *Daubert* motions to class experts. |