USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
In re ACTOS END-PAYOR ANTITRUST   : Master File No. 1:13-cv-09244-RA-SDA
LITIGATION                         :
                                   : <u>CLASS ACTION</u>
                                   :
This Document Relates To:          : ORDER TO WITHDRAW BRIAN O.
                                   : O'MARA AS ATTORNEY OF RECORD
    ALL CASES.                     :
                                   :
---------------------------------- x

4874-5381-6648.v1

The motion of Brian O. O'Mara to withdraw as attorney of record in the above-referenced action is granted.

IT IS HEREBY ORDERED that Brian O. O'Mara be withdrawn as Counsel for Plaintiff NECA-IBEW Welfare Trust Fund in the above-referenced action.

IT IS SO ORDERED.

DATED: January 18, 2023

_____
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE

4874-5381-6648.v1