UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ACTOS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>All Actions | Master File No. 1:13-cv-9244-RA-SDA |

**MOTION TO WITHDRAW COUNSEL**

Direct Purchaser Plaintiffs respectfully move this Court for an Order allowing attorney Natasha Fernandez-Silber to withdraw as counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc. (collectively, "Meijer") and the Direct Purchaser Plaintiffs in the above-captioned matter.

Ms. Fernandez-Silber no longer works with the Radice Law Firm, P.C.

Meijer and the Direct Purchaser Plaintiffs will continue to be represented by me and other attorneys at the Radice Law Firm and by attorneys at Hagens Berman Sobol Shapiro LLP and Sperling & Slater, P.C., and Ms. Fernandez-Silber's withdrawal will not result in any delays or affect any deadlines in this matter.

Dated: May 25, 2023                                Respectfully submitted,

                                                                   */s/ John D. Radice*

                                                                   John D. Radice (JR 9033)
                                                                   RADICE LAW FIRM, P.C.
                                                                   475 Wall Street
                                                                   Princeton, NJ 08540
                                                                   Telephone: (646) 245-8502
                                                                   Facsimile: (609) 385-0745

jradice@radicelawfirm.com

*Counsel for plaintiffs Meijer, Inc. and Meijer Distribution, Inc., and for the proposed Direct Purchaser Plaintiff class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on May 25, 2023, the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ John D. Radice*

John D. Radice