# Morgan Lewis

R. Brendan Fee
Partner
+1.215.963.5136
brendan.fee@morganlewis.com

June 5, 2023

**VIA ECF**

The Honorable Stewart D. Aaron
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

**Re:** *In re ACTOS Antitrust Litig.* **(1:13-cv-09244-RA-SDA)**

Dear Judge Aaron:

Pursuant to Section 1.1 of the Privilege Protocol (ECF No. 513), the undersigned counsel for Defendants Takeda Development Center Americas, Inc., Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A., Inc., and Takeda America Holdings, Inc. (collectively, "Takeda") hereby certifies that Takeda's Morgan Lewis attorneys have complied in good faith with the requirements of the privilege review protocol, in the form entered by the Court, and are not intentionally withholding or redacting any non-privileged information or information within the scope of Takeda's privilege waiver.

Respectfully submitted,

*/s/ R. Brendan Fee*
R. Brendan Fee

*Counsel for Defendants*
*Takeda Development Center Americas, Inc., Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A., Inc., and Takeda America Holdings, Inc.*

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921      T +1.215.963.5000
United States                                    F +1.215.963.5001