UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ACTOS END-PAYOR ANTITRUST LITIGATION | Master File No. 13-CV-9244 (RA) (SDA) |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

ORDER

RONNIE ABRAMS, United States District Judge:

On June 7, 2023, the Court issued a Memorandum Opinion and Order denying Plaintiff Crosby Tugs' motion for an unconditional dismissal without prejudice. The Court also ordered Crosby Tugs to file a letter, no later than June 28, 2023, indicating whether it seeks to condition dismissal without prejudice upon compliance with its discovery obligations, or dismissal with prejudice. No letter has been filed to date. Crosby Tugs shall have one last opportunity to file its letter by July 12, 2023, otherwise the Court will dismiss its claims with prejudice.

SO ORDERED.

Dated: July 6, 2023
New York, New York

_____
Ronnie Abrams
United States District Judge