USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/2/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ACTOS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 1:13-cv-09244-RA-SDA |

**STIPULATED QUALIFIED PROTECTIVE ORDER REGARDING
NON-PARTY PRODUCTION OF PROTECTED HEALTH INFORMATION**

**WHEREAS**, on March 18, 2015, the Court entered a Stipulated Protective Order in the above-captioned litigation (the "Actions");

**WHEREAS**, the March 18, 2015 Stipulated Protective Order stated that it may be amended "[b]y written agreement of the parties, or upon order of the Court";

**WHEREAS**, the parties have served subpoenas upon non-parties pursuant to Rule 45 of the Federal Rules of Civil Procedure, and one or more non-parties has agreed to produce subpoenaed information only upon entry of a qualified protective order pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA");

**WHEREAS**, the parties have stipulated to and seek the Court's entrance of a qualified Protective Order concerning non-party production of "protected health information" pursuant to HIPAA;

**WHEREAS**, the parties, through their respective counsel of record, hereby stipulate to and request that the Court "So Order" the following:

1.     The parties and their attorneys, and any future parties and their attorneys, in the Actions are hereby authorized to receive, subpoena, and transmit "protected heath information" produced by non-parties to the extent and subject to the conditions outlined herein.

2.     For the purposes of this qualified protective order, "protected health information" shall have the same scope and definition as set forth in 45 C.F.R. §§ 160.103 and 164.501. Protected health information includes, but is not limited to, health information, including demographic information

relating to either: (a) the past, present, or future physical or mental condition of an individual; (b) the provision of care to an individual; or (c) the payment for care provided to an individual, which identifies the individual or which reasonably could be expected to identify the individual.

3. All non-party "covered entities" (as defined by 45 C.F.R. § 160.103) are hereby authorized to disclose protected health information to attorneys representing Plaintiffs and Defendants in the Actions.

4. The parties and their attorneys shall be permitted to use or disclose the protected health information of non-parties for purposes of prosecuting or defending the Actions, including any appeals. This includes, but is not limited to, disclosure to their attorneys, experts, consultants, court personnel, court reporters, copy services, trial consultants, and other entities or persons involved in the litigation process.

5. Prior to disclosing protected health information to persons involved in the Actions, counsel shall inform each such person that the protected health information may not be used or disclosed for any purpose other than the Actions. Counsel shall take all other reasonable steps to ensure that persons receiving the protected health information do not use or disclose such information for any purpose other than the Actions.

6. Within 45 days after the conclusion of the Actions, including appeals, the parties, their attorneys, and any person or entity in possession of protected health information received from counsel pursuant to paragraph four of this Order, shall return the protected health information to the covered entity or destroy any and all copies of protected health information, except that counsel are not required to secure the return or destruction of protected health information submitted to the court.

_____
United States Magistrate Judge
Dated: 8/2/2023

Date: August 2, 2023                                    Respectfully submitted,

*/s/ Gregory T. Arnold*                                 */s/ Steve D. Shadowen*
Thomas M. Sobol                                         Steve D. Shadowen*
Gregory T. Arnold                                       Matthew C. Weiner
Rachel Downey                                           Tina Miranda
Abbye Klamann Ognibene                                  Deirdre Mulligan
**HAGENS BERMAN SOBOL SHAPIRO LLP**                     **HILLIARD & SHADOWEN LLP**
55 Cambridge Parkway, Suite 301                         1135 W. 6th St.
Cambridge, MA 02142                                     Suite 125
Tel: (617) 482-3700                                     Austin, TX 78703
Fax: (617) 482-3003                                     Telephone: (855) 344-3298
tom@hbsslaw.com                                         steve@hilliardshadowenlaw.com
grega@hbsslaw.com                                       matt@hilliardshadowenlaw.com
racheld@hbsslaw.com                                     tmiranda@hilliardshadowenlaw.com
abbyeo@hbsslaw.com                                      dmulligan@hilliardshadowenlaw.com
                                                        *Interim Co-Lead Counsel
*Counsel for plaintiff Meijer, Inc., Meijer
Distribution, Inc., and interim co-lead                 Jayne A. Goldstein, Esq.*
counsel for the proposed direct purchaser               **MILLER SHAH LLP**
class*                                                  1625 N. Commerce Parkway
                                                        Suite 320
Joseph M. Vanek                                         Ft. Lauderdale, FL 33326
John Bjork                                              Direct Dial: 954-903-3170
Ashima Talwar                                           954-515-0123
Trevor Scheetz                                          jagoldstein@millershah.com
David P. Germaine                                       *Interim Co-Lead Counsel
**SPERLING & SLATER, P.C.**
55 W. Monroe, Suite 3500                                Natalie Finkelman Bennett
Chicago, IL 60603                                       **MILLER SHAH LLP**
Telephone: (312) 224-1500                               1845 Walnut St., Suite 806
Facsimile: (312) 224-1510                               Philadelphia, PA 19103
jvanek@sperling-law.com                                 P: (866) 540-5505
jbjork@sperling-law.com                                 nfinkelman@millershah.com
atalwar@sperling-law.com
tscheetz@sperling-law.com                               Laurie Rubinow
dgermaine@sperling-law.com                              **MILLER SHAH LLP**
                                                        875 Third Avenue, Suite 800
*Counsel for plaintiffs Meijer, Inc. and Meijer         New York, NY 10022
Distribution, Inc. and the proposed direct              Telephone: (212) 419-0156
purchaser class*                                        lrubinow@millershah.com
                                                        Interim Liaison Counsel

Linda P. Nussbaum                                       Kenneth A. Wexler*
Brett Leopold                                           Kara A. Elgersma
Peter Moran                                             Justin Boley
**NUSSBAUM LAW, P.C.**                                  Tyler Story
1211 Avenue of the Americas,                            **WEXLER BOLEY & ELGERSMA LLP**
40th Floor                                              55 W. Monroe Street, Suite 3300
New York, NY 10036-8718                                 Chicago, IL 60603

(917) 438-9189
lnussbaum@nussbaumpc.com
bleopold@nussbaumpc.com
pmoran@nussbaumpc.com

*Counsel for Plaintiff César Castillo, Inc. and the proposed direct purchaser class*

Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wbe-llp.com
kae@wbe-llp.com
jnb@wbe-llp.com
tjs@wbe-llp.com
* Interim Co-Lead Counsel

Michael M. Buchman*
**MOTLEY RICE LLC**
777 Third Avenue, Fl 27
New York, New York 10017
Telephone: (212) 577-0040
MBuchman@motleyrice.com
*Interim Co-Lead Counsel

Sharon K. Robertson
Donna M. Evans
Aaron J. Marks
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com
amarks@cohenmilstein.com

*Counsel for the proposed end-payor class*

   /s/ *Rachel J. Rodriguez*
Mark M. Elliott
Rachel J. Rodriguez
**ELLIOTT KWOK LEVINE &**
**JAROSLAW LLP**
565 Fifth Avenue, 7th Floor
New York, NY 10017
(212) 321-0510
melliott@ekljlaw.com
rrodriguez@ekljlaw.com

*Counsel for Defendants Takeda*
*Pharmaceutical Company Limited, Takeda*
*Americas Holdings, Inc., Takeda*
*Pharmaceuticals U.S.A. Inc., and Takeda*
*Development Center Americas, Inc.*