```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master File No. 1:13-cv-09244 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, on Tuesday, November 14, 2023, the parties shall file a joint letter regarding the status of expert discovery.

SO ORDERED.

Dated:   New York, New York
         September 5, 2023

_____
STEWART D. AARON
United States Magistrate Judge