```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master File No. 1:13-cv-09244 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court is a Letter Motion by Plaintiffs to re-open discovery for the purpose of taking a limited deposition of non-party Adam Samansky. (*See* Pl.'s 11/8/2023 Letter Motion, ECF Nos. 554 & 555.) Following a telephone conference with the parties today, and for the reasons stated on the record, it is hereby Ordered that Plaintiffs' Letter Motion is granted. Discovery is re-opened for the limited purposed of allowing Plaintiffs to take a one-hour deposition of Mr. Samansky limited to the notes at issue.

SO ORDERED.

Dated:	New York, New York
	November 20, 2023

_____
STEWART D. AARON
United States Magistrate Judge