```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master File No. 1:13-cv-09244 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Before the Court are three motions to seal documents filed in connection with two Letter Motions recently decided by the Court. (*See* Letter Motions, ECF Nos. 558, 559, 567.) It is hereby Ordered that, no later than December 15, 2023, Defendants shall make a further application as to the basis for sealing. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006). The Court notes that "the mere fact that information is subject to a confidentiality agreement between litigants is not a valid basis to overcome the presumption in favor of public access to judicial documents." *United States v. Wells Fargo Bank N.A.*, No. 12-CV-07527 (JMF), 2015 WL 3999074, at *4 (S.D.N.Y. June 30, 2015). Further, although the need to protect attorney-client privileged communications may defeat the presumption of public access, the Court questions whether that is the case here, where Defendants have waived privilege in certain relevant respects. *See Pall Corp. v. 3M Purification Inc.*, 764 F. Supp. 2d 478, 480 (E.D.N.Y. 2011).

**SO ORDERED.**

Dated:   New York, New York
         December 1, 2023

_____
STEWART D. AARON
United States Magistrate Judge