# Morgan Lewis

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2023
```

**R. Brendan Fee**
Partner
+1.215.963.5136
brendan.fee@morganlewis.com

December 15, 2023

**FILED VIA ECF**

The Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

ENDORSEMENT: The Letter Motions filed at ECF Nos. 558, 559 and 567 are denied as moot. The Clerk of Court is respectfully requested to unseal the documents filed at ECF Nos. 554, 556 and 563. SO ORDERED.

Dated: December 18, 2023   */s/ Stewart D. Aaron*

Re:   *In re Actos Antitrust Litig.*, **No. 13-cv-09244-RA-SDA (S.D.N.Y.)**

Dear Magistrate Judge Aaron:

Takeda submits this letter in response to Your Honor's Order that Takeda "shall make a further application as to the basis for sealing" certain documents filed in connection with two recently decided letter motions. *See* ECF No. 577. In light of Your Honor's Order on the waiver of privilege over the meeting agenda (ECF No. 576), Takeda no longer seeks to seal the documents that are the subject of the sealing motions at ECF Nos. 558, 559, 567.

We appreciate Your Honor's consideration of this matter.

Respectfully submitted,

*/s/ R. Brendan Fee*
R. Brendan Fee

*Attorney for Defendants Takeda Pharmaceutical Company Limited, Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc.*

**Morgan, Lewis & Bockius** LLP

1701 Market Street
Philadelphia, PA  19103-2921    T +1.215.963.5000
United States                              F +1.215.963.5001