UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ACTOS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL END-PAYOR PLAINTIFF ACTIONS | Master File No. 1:13-cv-09244-RA-SDA |

**END-PAYOR PLAINTIFFS' MOTION FOR AN EVIDENTIARY HEARING
<u>REGARDING CLASS CERTIFICATION</u>**

End-Payor Plaintiffs ("EPPs") move for an evidentiary hearing in relation to their pending motion for class certification to allow for both oral argument and live testimony from their expert, Ms. Laura Craft, MPH.

EPPs bear the burden of establishing the requirements of class certification. *See In re Petrobas Sec.*, 862 F.3d 250, 260 (2d Cir. 2017). Although "courts in this Circuit employ a liberal rather than restrictive construction of Rule 23," the Court is still required to conduct a "rigorous analysis" in deciding whether to grant class certification. *In re Air Cargo Shipping Services Antitrust Litig.*, 06-MD-1175 JP VVP, 2014 WL 7882100, at *29 (E.D.N.Y. 2014). EPPs believe that testimony from Ms. Craft will aid the Court in conducting this analysis and ruling on EPPs' pending motion. Defendants' opposition to EPPs' motion largely focuses on class membership issues that fall within Ms. Craft's specialized expertise. EPPs believe live testimony from Ms. Craft will be helpful to explain and answer any questions regarding the pharmaceutical data and how available data and other information can be used to confirm class membership and exclusion criteria in a manageable fashion.

EPPs propose the following format for the hearing:

| Event | Timing |
|---|---|
| Opening Argument | ½ hour per party |
| Examination of Laura Craft | 1 hour per party |
| Examination of Defendants' Expert (if any) | 1 hour per party |
| Closing Argument | ½ hour per party |

Courts in similar pharmaceutical antitrust cases have allowed for and benefited from the ability to examine experts, including Ms. Craft, whose opinions underlie the parties' positions. *See, e.g.*, *In*

re Restasis (Cyclosporine Ophthalmic Emulsion) Antitrust Litig., 335 F.R.D. 1, 10-11, 30 (E.D.N.Y. 2020) (granting class certification following a two-day evidentiary hearing and oral argument; finding that "Ms. Craft … credibly and persuasively testified" regarding class membership issues); In re Lipitor Antitrust Litig., 3:12-cv-02389-PGS-DEA, Order, ECF No. 1267, (D.N.J. Jul. 24, 2023) (allowing evidentiary hearing); In re Zetia (Ezetimibe) Antitrust Litig., 2021 WL 3704727, at *4 (E.D. Va. Aug. 20, 2021) (same); In re Loestrin 24 FE Antitrust Litig., 410 F. Supp. 3d 352, 386 (D.R.I. 2019) (same). Accordingly, EPPs respectfully request that the Court grant their motion for an evidentiary hearing.

Dated: May 20, 2024

Respectfully submitted,

*/s/ Steve D. Shadowen*
Steve D. Shadowen\*
Matthew C. Weiner
Tina Miranda
Deirdre Mulligan
**HILLIARD & SHADOWEN LLP**
1135 W. 6th St.
Suite 125
Austin, TX 78703
Telephone: (855) 344-3298
steve@hilliardshadowenlaw.com
matt@hilliardshadowenlaw.com
tmiranda@hilliardshadowenlaw.com
dmulligan@hilliardshadowenlaw.com
\*Interim Co-Lead Counsel

Jayne A. Goldstein, Esq.\*
**MILLER SHAH LLP**
1625 N. Commerce Parkway

Suite 320
Ft. Lauderdale, FL 33326
Direct Dial: 954-903-3170
954-515-0123
jagoldstein@millershah.com
*Interim Co-Lead Counsel

Natalie Finkelman Bennett
**MILLER SHAH LLP**
1845 Walnut St., Suite 806
Philadelphia, PA 19103
P: (866) 540-5505
nfinkelman@millershah.com

Laurie Rubinow
**MILLER SHAH LLP**
875 Third Avenue, Suite 800
New York, NY 10022
Telephone: (212) 419-0156
lrubinow@millershah.com
Interim Liaison Counsel

Kenneth A. Wexler*
Kara A. Elgersma
Justin Boley
Tyler Story
**WEXLER BOLEY & ELGERSMA LLP**
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
kaw@wexlerwallace.com
kae@wexlerwallace.com
jnb@wexlerwallace.com
tjs@wexlerwallace.com
* Interim Co-Lead Counsel

Michael M. Buchman*
**MOTLEY RICE LLC**
777 Third Avenue, Fl 27
New York, New York 10017
Telephone: (212) 577-0040
MBuchman@motleyrice.com
*Interim Co-Lead Counsel

Sharon K. Robertson

3

Donna M. Evans
Aaron J. Marks
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
srobertson@cohenmilstein.com
devans@cohenmilstein.com
amarks@cohenmilstein.com

*Counsel for the proposed end-payor class*

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 20, 2024.

Dated: May 20, 2024                              */s/ Matthew C. Weiner*
                                                               Matthew C. Weiner