USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master File No. 1:13-cv-09244 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than December 10, 2024, Direct Purchaser Plaintiffs shall respond to Takeda's opposition to their motion regarding class notice (DPPs' Mot., ECF No. 800), in which Takeda argues that the Court should defer decision at least until the Second Circuit decides whether to grant Takeda's pending petition for leave to appeal. (Takeda Opp. Mem., ECF No. 803.)

SO ORDERED.

Dated:    New York, New York
          December 3, 2024

_____
STEWART D. AARON
United States Magistrate Judge