**HAGENS BERMAN**

**Greg Arnold**  grega@hbsslaw.com
ATTORNEYS AT LAW

**HAGENS BERMAN SOBOL SHAPIRO LLP**
1 FANEUIL HALL SQUARE, 5TH FLOOR
BOSTON, MA  02109
hbsslaw.com
(617) 475-1954 phone    (617) 482-3003 fax

March 11, 2025

**VIA ECF**

The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
March 11, 2025

Re:   *In re Actos Antitrust Litigation*, No. 13-cv-09244-RA-SDA (S.D.N.Y)

Dear Judge Abrams:

We write on behalf of all parties in the above-referenced matter concerning your Order of yesterday asking the parties to provide answers to three questions posed by the Court. [ECF No. 815]

Due mainly to pre-existing obligations on the part of counsel for the plaintiffs (including both a class certification hearing and deposition in other matters taking place tomorrow), we are asking the Court for a one-day extension of the deadline for the parties to file our responses. This is the first request for an extension of this deadline.

If the Court is amenable, we would request that the deadline for responding to the questions posed in ECF No. 815 be extended for all parties from March 12, 2025 to March 13, 2025.

We remain available to discuss any questions the Court may have in advance of the hearing.

Respectfully,

HAGENS BERMAN SOBOL SHAPIRO LLP

Greg Arnold

GA