UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ACTOS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master File No. 13-cv-9244 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

By separate order filed today, the Court denied Takeda's motion for summary judgment and denied in part Plaintiffs' motion for partial summary judgment. Accordingly, trial in this matter is scheduled for July 21, 2025. The parties shall file all pretrial submissions no later than June 9, 2025, and all responses by June 18, 2025. *See* Individual Civil Rule 6. The final pretrial conference is hereby scheduled for July 9, 2025, at 2:00 p.m. in Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007.

To the extent the Second Circuit has not resolved Takeda's petition under Federal Rule of Civil Procedure Rule 23(f) by the date of trial, the Court will adjourn it. No later than June 1, 2025, the parties shall advise the Court what efforts they have made to resolve this matter and whether they would like a referral to Magistrate Judge Aaron for a settlement conference.

SO ORDERED.

Dated:   March 31, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge