```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ACTOS ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Master File No. 1:13-cv-09244 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Monday, April 7, 2025, Takeda shall file its response to the motions filed at ECF Nos. 827 and 830 and Plaintiffs shall file any replies no later than Tuesday, April 8, 2025.

SO ORDERED.

Dated: New York, New York
April 3, 2025

_____
STEWART D. AARON
United States Magistrate Judge