UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ACTOS END PAYOR ANTITRUST LITIGATION ) ) ) THIS DOCUMENT RELATES ) TO: ALL ACTIONS ) ) | Master File No. 1:13-cv-09244 (RA)(SDA) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Molly R. Maidman of Morgan, Lewis & Bockius LLP, hereby withdraws her appearance as counsel for Defendants Takeda Pharmaceutical Company Limited, Takeda America Holdings, Inc., Takeda Pharmaceuticals U.S.A., Inc., and Takeda Development Center Americas, Inc. and should no longer receive ECF notifications in the above-captioned case. These Defendants will continue to be represented by attorneys at Morgan, Lewis & Bockius LLP and shall continue their appearances.

Dated: November 25, 2025                                   Respectfully submitted,

*/s/ Molly R. Maidman*
Molly R. Maidman
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave, NW
Washington, DC 20004
Tel: (202) 739-3000
molly.maidman@morganlewis.com